IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JOHN LANE CAMBRON, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: |
| | ) |
| VAUGHAN'S FETCH INCORPORATED | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW Plaintiff, John Lane Cambron, Jr., by and through his attorneys, Howerton, Dorris, Stone & Lambert, and for his Complaint against Defendant Vaughan's Fetch Incorporated, states as follows:

### JURISDICTION

### 28 USC 1332

1. John Lane Cambron is a citizen of the Commonwealth of Kentucky.

2. Vaughan's Fetch Incorporated is an Illinois corporation with its principle place of business in the State of Illinois.

3. The amount in controversy exceeds $75,000.00.

4. Illinois Route 141 intersects County Route 1600 East in the County of White, State of Illinois.

5. On October 2, 2018, Harlan R. Portee was an agent/employee of Vaughan's Fetch Incorporated operating a 2008 Dodge Ram pickup.

1

6.    On that particular date and location at approximately 3:17 p.m., John Lane Cambron, Jr., was stopped behind traffic due to a vehicle ahead of him stopped with an intention to make a left turn.

7.    Harlan R. Portee drove the vehicle he was operating herein described into the rear of the vehicle occupied by John Lane Cambron, Jr., propelling it into the car ahead of him and across the center line directly into the path of an oncoming semi tractor-trailer.

8.    The collision herein described caused John Lane Cambron, Jr., to sustain multiple serious and permanent injuries.

9.    That the collision and injuries herein described were caused by one or more of the negligent acts and/or omissions to act on the part of Harlan R. Portee acting as agent of Vaughan's Fetch Incorporated, namely,

    a.    he failed to keep a proper lookout;

    b.    he failed to reduce speed to avoid an accident;

    c.    he drove too fast for conditions.

10.    As the direct and proximate result of these negligent acts and/or omissions to act, John Lane Cambron, Jr., incurred medical expense, experience pain, suffering, disfigurement, lost wages, increased risk of future harm, disability, loss of a normal life, post-traumatic stress.

WHEREFORE, your Plaintiff prays for judgment against the Defendant and for compensation based on the elements of damages permitted by law and consistent with justice in right.

HOWERTON, DORRIS, STONE & LAMBERT

By_____
Stephen W. Stone, #6204573
300 West Main Street
Marion, IL 62959
Telephone: (618) 993-2616
Facsimile: (618)997-1845
sstone@hdslawfirm.com