IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN LANE CAMBRON, JR.,

        **Plaintiff,**

v.

VAUGHAN'S FETCH, INC.,

        **Defendant.**

Case No. 18-CV-02024-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated August 3, 2020 (Doc. 33), Plaintiff John Lane Cambron, Jr.'s claims against Defendant Vaughan's Fetch, Inc. were **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **DATED:** August 6, 2020

                                                     MARGARET M. ROBERTIE,
                                                   Clerk of Court

                                                   By:  s/ *Deana Brinkley*
                                                             Deputy Clerk

**APPROVED:** _____
                    **NANCY J. ROSENSTENGEL**
                    **Chief U.S. District Judge**